UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO MANUEL BLAKE, | |
| Petitioner, | 3:09-cv-00327-RCJ-WGC |
| vs. | **ORDER TO SHOW CAUSE** |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

On January 6, 2012, this court issued an order for petitioner Blake to show cause why this case should not be dismissed without prejudice as unexhausted pursuant to *Rose v. Lundy*, 455 U.S. 509, 522 (1982). Docket #85. On January 13, 2012, Blake filed a response indicating that he chooses to not abandon his unexhausted claims. Docket #86.

**IT IS THEREFORE ORDERED** that this action is DISMISSED without prejudice for failure to exhaust state remedies pursuant to the total exhaustion rule of *Rose v. Lundy*, 455 U.S. 509, 522 (1982). The Clerk shall enter judgment accordingly.

DATED: This 18th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE