AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ALFONSO MANUEL BLAKE,

        Petitioner,

V.

**AMENDED
JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:09-CV-00327-RCJ-WGC**

RENEE BAKER, et al.,

        Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to exhaust state remedies.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner is GRANTED a COA with respect to the following issue:

Whether the district court's ruling, that "as a matter of law a *Strickland* claim of ineffective assistance of post-conviction counsel cannot constitute good cause for failing to exhaust a claim in a federal habeas corpus action," was erroneous, where state law recognizes that ineffective assistance of post-conviction counsel does establish cause allowing a habeas petitioner to file a successive petition, but that right is restricted only to capital cases.

 March 26, 2012                                                  **LANCE S. WILSON**
                                                                                  Clerk

                                                                          /s/Katie Lynn Ogden
                                                                            Deputy Clerk