AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____ DISTRICT OF___NEVADA_____

ALFONSO MANUEL BLAKE,

              Petitioner,

V.

RENEE BAKER, et al.,

             Respondents.

**AMENDED**

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00327-RCJ-WGC**

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to exhaust state remedies.

       IT IS FURTHER ORDERED AND ADJUDGED that Petitioner is GRANTED a COA with respect to the following issue:

       Whether the district court's ruling, that "as a matter of law a _Strickland_ claim of ineffective assistance of post-conviction counsel cannot constitute good cause for failing to exhaust a claim in a federal habeas corpus action," was erroneous, where state law recognizes that ineffective assistance of post-conviction counsel does establish cause allowing a habeas petitioner to file a successive petition, but that right is restricted only to capital cases.

  March 26, 2012  

                             **LANCE S. WILSON** 
                                   Clerk

                                /s/Katie Lynn Ogden  
                                  Deputy Clerk