UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALFONSO MANUEL BLAKE,<br><br>                          Petitioner,<br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>                          Respondents. | Case No. 3:09-cv-00327-RCJ-CSD<br><br>ORDER |

Respondents, through counsel, move this court for an order extending the time within which they must file a response to petitioner's motion to amend judgment (ECF No. 194). ECF No. 200.  The court finds the motion is made in good faith and not for purposes of delay.  In addition, counsel for respondents represents that the opposing party does not object to the extension.  Good cause appearing, **IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 200) is GRANTED.  The new deadline for respondents' response to the motion to amend judgment (ECF No. 194) is **April 24, 2023**.

DATED THIS _29th__ day of _March, 2023.

_____
UNITED STATES DISTRICT JUDGE